CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

September 11, 2024
LAURA A. AUSTIN, CLERK
BY: /s/T. Taylor
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JULLIAN HUFFMAN, et al.,<br>    Plaintiff,<br><br>v.<br><br>DR. CRYSTAL LARGE, et al.,<br>    Defendant(s). | Civil Action No. 7:24-cv-00441<br><br>**OPINION**<br><br>By:  James P. Jones<br>Senior United States District Judge |

Plaintiff, Jullian Huffman proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983, along with several other inmates as co-plaintiffs.  The plaintiffs claim that medical staff at a local jail will not prescribe suboxone as treatment for inmates with substance addictions.  The court notified the plaintiffs that the case would be severed into multiple cases, one for each plaintiff, if a plaintiff consented to pay the filing fee of $350.  By order entered August 18, 2024, the court directed Huffman to submit within 30 days from the date of the order the consent to withholding of filing fees form in order to complete the application to proceed without the prepayment of the filing fee for his lawsuit.  The Order advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and Huffman has failed to comply with the described conditions.  Accordingly, by separate Order, the court will dismiss without prejudice all claims raised by Huffman and strike his portion of this case from the active docket of the court.

ENTER:  September 11, 2024

/s/  JAMES P. JONES
Senior United States District Judge