CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
October 08, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
   DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JULILIAN HUFFMAN, ET AL.,** ) | |
| ) | |
| Plaintiffs, ) | Case No. 7:24CV00441 |
| ) | |
| v. ) | **OPINION** |
| ) | |
| **DR. CRYSTAL LARGE, ET AL.,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendants. ) | |

Plaintiff Justin Allen Cross, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. §1983, along with several other inmates as co-plaintiffs. The plaintiffs claimed that the medical staff at a local jail will not prescribe Suboxone as treatment for inmates with substance addictions. The court notified the plaintiffs that the case would be severed into multiple cases, one for each plaintiff, if a plaintiff consented to pay the filing fee of $350. By order entered August 22, 2024, the court directed Cross to submit within 30 days from the date of the order the consent to withholding of filing fees form in order to complete the application to proceed without the prepayment of the filing fee for his lawsuit. The Order advised that a failure to comply would result in dismissal of this action without prejudice.

More than 30 days have elapsed, and Cross has failed to comply with the described conditions. Accordingly, by separate Order, the court will dismiss without prejudice all claims raised by Cross and strike his portion of this case from the active

docket of the court.  Moreover, all other plaintiffs' claims from this action have either been dismissed for failure to comply with the court's Order or, pursuant to the court's individualized conditional filing orders, ECF Nos. 4, 5, and 8, have been severed and will go forward as separate civil actions.[*]  Because no plaintiff's claims will now remain, I will dismiss the action without prejudice.

An appropriate Final Order will issue herewith.

ENTER: October 8, 2024

/s/  JAMES P. JONES
Senior United States District Judge

---

[*] Three plaintiffs consented to pay the filing fee for this action and, pursuant to the court's individualized conditional filing orders, their claims were severed and filed as separate civil actions, as follows:  *Evans v. Large*, 7:24CV00637, *Ketchum v. Large*, 7:24CV00638, and *Vanover v. Large*, 7:24CV00639.